IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| PAUL MALONE, SR. and FAITH LAWRENCE MALONE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION FILE<br>NO. 1:14-cv-00193-WLS |

## **ORDER ON JOINT MOTION FOR STAY**

The Court having reviewed the information contained in the parties' joint motion to stay this case for sixty (60) days in order to allow them time to pursue a potential resolution. For good cause shown, it is hereby ORDERED that:

Pursuant to the consent of the parties, that all deadlines, including discovery deadlines in the above-captioned civil action are stayed for sixty (60) days from the entry of this Order..

SO ORDERED, this ___ day of April, 2017.

_____
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT