IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| PAUL MALONE, SR. and FAITH LAWRENCE MALONE, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A. <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:14-cv-00193-WLS |

## **NOTICE OF SETTLEMENT**

Defendant Bank of America, N.A. ("BANA") and Plaintiffs Paul Malone, Sr. and Faith Lawrence Malone ("Malones"), each through counsel (collectively, the "Parties") by and through undersigned counsel, hereby inform the Court that the Parties have reached an amicable resolution of the underlying lawsuit and are currently executing settlement documents and drafting for submission consent motions with this Court and the Superior Court of Dougherty County to implement the terms of the settlement, which will resolve all claims in the litigation pending before this Court. Therefore, the undersigned request that this Honorable Court give the Parties thirty (30) days to conclude the settlement transaction.

It is the intention of the Parties that before the conclusion of the thirty (30) days, the Parties will file a stipulation of dismissal to close this matter.

The Parties also request that they be excused from any other required filings, deadlines, or appearances prior to the dismissal since it would impose unnecessary expense on the Parties in light of the settlement.

Dated: September 1, 2017.

| | |
|---|---|
| /s/ L. Clayton Smith, Jr. | /s/ Jarrod S. Mendel |
| L. Clayton Smith, Jr. | Jarrod S. Mendel, Esquire |
| Georgia Bar No. 661310 | Georgia Bar No. 435188 |
| Christopher Allen Flowers | McGuireWoods LLP |
| Georgia Bar No. 308102 | 1230 Peachtree Street, NE, Suite 2100 |
| Smith & Flowers Law, P.C. | Atlanta, Georgia  30309-3534 |
| Post Office Box 70875 | (404) 443-5724 (Telephone) |
| Albany, GA 31708 | jmendel@mcguirewoods.com |
| (229) 434-1070 (Telephone) | *Attorney for Defendants* |
| christopherallenflowers@gmail.com | |
| *Attorneys for Plaintiffs Paul Malone, Sr.* | |
| *and Faith Lawrence Malone* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| PAUL MALONE, SR. and FAITH LAWRENCE MALONE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION FILE<br>NO. 1:14-cv-00193-WLS |

## **CERTIFICATE OF SERVICE, FONT, AND MARGIN**

I hereby certify that on September 1, 2017, I electronically filed the foregoing *Notice of Settlement* with the Clerk of the Court using the CM/ECF System, which served a true and correct copy on all counsel of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

                                    /s/ Jarrod S. Mendel
                                    Jarrod S. Mendel